COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:    In re The Dallas Group of America, Inc. and Action Personnel, Inc.

Appellate case number:    01-14-00230-CV

Trial court case number:    PR0073327-A

Trial court:    Probate Court of Galveston County

On March 18, 2014, relators, The Dallas Group of America, Inc. and Action Personnel, Inc., filed a petition for writ of mandamus and a related emergency motion requesting that we stay proceedings in the above-referenced trial court case pending our determination of their petition. We ORDER that all proceedings in the above-referenced underlying case are stayed. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the petition for writ of mandamus is finally decided or the Court otherwise orders the stay lifted. Any party may file a motion for reconsideration of the stay. *See* TEX. R. APP. P. 52.10(c).

We further ORDER that the response to the mandamus petition by any real party in interest shall be due by April 3, 2014.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                    ☑ Acting individually    ☐ Acting for the Court

Date: March 19, 2014